United States District Court
Southern District of Texas
FILED

MAR 1 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RODOLFO ARIZPE SADA AND PATRICIA ORTEGA DE ARIZPE, AND AS NEXT FRIENDS OF ELLENA PATRICIA ARIZPE | § | |
| AND | § | CIVIL ACTION NO.: B-04-037 |
| MONZERAT SUAREZ INDIVIDUALLY | § | |
| Plaintiffs, | § | |
| v. | § | |
| FORD MOTOR COMPANY, | § | |
| Defendant. | § | |

## PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Come Plaintiffs, **Rodolfo Arizpe Sada and Patricia Ortega de Arizpe, as Next Friends of Ellena Patricia Arizpe; and Monzerat Suarez, Individually** bring this **Plaintiffs' First Amended Original Petition** against Defendant Ford Motor Company ("Ford"), the injuries and property damage arising out of an automobile accident occurring in Mexico on January 18, 2002

### DISCOVERY CONTROL PLAN

2.  Consistent with the requirements of Rule 190.1, the Plaintiffs allege that discovery is intended to be conducted under Level 3 of the Rule.

1

## JURISDICTION AND VENUE

3. Plaintiffs were at all times pertinent herein citizens of Mexico.

Defendant Ford Motor Company (hereinafter "Ford") is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at American Road, Dearborn, Michigan 48216.

## GENERAL FACTUAL ALLEGATIONS

4. On January 18, 2002 Plaintiff Ellena Patricia Arizpe was driving a 2001 Ford Explorer (hereinafter "the Ford Explorer") when suddenly and unexpectedly the vehicle suffered a loss of control resulting in a rollover.

## FIRST CLAIM FOR RELIEF

5. Defendant Ford Motor Company had a duty to design, manufacture, market and sell the Ford Explorer in a reasonably prudent manner.

6. Defendant Ford breached the above duty and was negligent in the manner it designed, manufactured, marketed, and sold the Ford Explorer involved in the accident of January 18, 2002.

7. Defendant Ford negligently designed and manufactured the Ford Explorer by:

   1. Giving it a dangerous and defective propensity to roll over under foreseeable on road driving conditions; and

   2. Failing to provide adequate design features to protect occupants in the event of a roll over.

8. Plaintiffs were persons who Defendant Ford should reasonably have expected to use or be affected by the Ford Explorer.

9. Although Defendant Ford knew or should have known that the Ford Explorer may have been harmful or injurious to users such as the Plaintiffs, Defendant Ford did not exercise

reasonable care and was negligent in failing to warn consumers or users of such dangers inherent in the use of the Ford Explorer.

10. As a direct and proximate result and consequence of Defendant Ford's negligence, as described herein, Plaintiffs sustained severe physical, mental and emotional pain and suffering and in the future will sustain severe physical, mental and emotional harm, physical impairment, distress and injury which includes but is not limited to, past and future physical and emotional pain and suffering, medical and hospital expenses, loss of enjoyment of life, impairment in the quality of life, impaired earning ability and capacity and emotional distress.

11. As a direct and proximate result and consequence of the negligence of Defendant Ford, **Ellena Patricia Arizpe and Monzerat Suarez** suffered injuries.

### SECOND CLAIM FOR RELIEF
(Strict Liability of Defendant Ford)

12. Defendant Ford designed, tested, assembled and was the manufacturer of the Ford Explorer involved in the accident which forms the basis of this litigation.

13. Defendant Ford was, and at all times relevant hereto, engaged in the business of designing, testing, assembling, manufacturing, distributing, and selling such Ford Explorer's, such as the one involved in this litigation, for sale or use by users such as the Plaintiffs.

14. Defendant Ford sold and distributed the Ford Explorer, involved in the accident which forms the basis of this litigation.

15. The Ford Explorer was defective, as previously described herein and, because of the defects, the Ford Explorer was unreasonably dangerous to any person who might reasonably be expected to use or be affected by the Ford Explorer.

16. The Ford Explorer was defective and unreasonably dangerous at the time it was sold by Defendant Ford or left Defendant Ford's control.

17. The Ford Explorer was expected to and did reach the user or consumers, including the Plaintiffs, without substantial change in the condition in which it was sold.

18. Plaintiffs are or were persons who would reasonably be expected to use or be affected by the Ford Explorer.

19. As a direct and proximate result of the defects of the Ford Explorer, Plaintiffs sustained injuries and damages all as are more fully set forth in Plaintiffs First Claim for Relief.

### THIRD CLAIM FOR RELIEF

(Breach of Implied Warranty of Merchantability Against Defendant Ford)

20. Plaintiffs are persons who were reasonably expected to use or be affected by the Ford Explorer sold by the Defendant Ford.

21. Defendant Ford was a merchant of the type of vehicle involved in the accident giving rise to this lawsuit.

22. The Ford Explorer was not of merchantable quality at the time of the sale and Defendant Ford breached the implied warranty of merchantability.

23. Within a reasonable time, Plaintiffs notified Defendant Ford of its breach of the implied warrant of merchantability.

24. As a direct and proximate result and consequence of Defendant Ford's breach of implied warranty of merchantability, Plaintiffs have sustained injuries and damages all as are more fully set forth in Plaintiffs' First Claim for Relief.

### FOURTH CLAIM FOR RELIEF
(Breach of Warranty of Fitness for a Particular Purpose Against Defendant Ford)

25. Defendant Ford and its agents, servants and employees impliedly warranted that the Ford Explorer was fit and suitable for the particular purpose of use as a family vehicle, car-like, passenger-like vehicle, and suitable for highway driving and suburban driving. Defendant Ford warranted that the Ford Explorer was fit and suitable as a logical alternative for station wagon

buyers, the Ford Explorer being a four wheel drive vehicle with handling and ride characteristics more like a passenger car, with safety and without hazard to those who used and occupied the vehicle under the circumstances herein alleged.

26. The Ford Explorer was not fit and suitable for the particular purpose for which it was intended or warranted.

27. As a direct and proximate result and consequence of Defendant Ford's breach of implied warranty of fitness for a particular purpose, Plaintiffs have sustained injuries and damages all as are more fully set forth in Plaintiffs' First Claim for Relief.

### FIFTH CLAIM FOR RELIEF
(Punitive Damages Against Defendant Ford)

28. Defendant Ford's actions as described above were purposefully committed and attended by circumstances of willful and wanton conduct, which the Defendant Ford must have realized was dangerous, done heedlessly and recklessly and committed without regard to the consequences, rights and safety of the Plaintiffs.

29. As a result of Defendant Ford's willful and wanton conduct, Plaintiffs are entitled to recover exemplary damages.

30. **WHEREFORE,** Plaintiffs pray that judgment be entered in their favor and against the Defendants in an amount to be fairly determined by the trier of fact, plus interest as provided by state law, costs, expert witness fees, and such other and further relief as this Court deems just and proper.

**LAW OFFICE OF MARK A CANTU**

The Atrium
1300 N. 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

By: _____
JUAN GONZALEZ
Attorney in Charge
State Bar No. 08129310
Federal ID No. 3472
ATTORNEY-IN-CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the 10th day of March 2004.

William Moye
Brown McCarroll, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543
**Attorney for Ford Motor Company**

_____
Juan A. Gonzalez