IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 1 0 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RODOLFO ARIZPE SADA AND PATRICIA ORTEGA DE ARIZPE, AS NEXT FRIENDS OF ELLENA PATRICIA ARIZPE § § § § § § AND § § MONZERAT SUAREZ § INDIVIDUALLY § § Plaintiffs, § § v. § § § FORD MOTOR COMPANY, § § Defendant. § § | CIVIL ACTION NO.: B-04-037 |

## PLAINTIFFS' CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs **Rodolfo Arizpe Sada and Patricia Ortega de Arizpe, as Next Friends of Ellena Patricia Arizpe; and Monzerat Suarez, Individually** and pursuant to Paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, file this their Certificate of Financially Interested Persons:

1. Plaintiffs submit the following list of persons and entities that are financially interested in the outcome of this litigation:

**PLAINTIFF(S)**

1. Rodolfo Arizpe Sada and Patricia Ortega de Arizpe, as Next Friends of Ellena Patricia Arizpe; and,

2.      Monzerat Suarez, Individually

**DEFENDANT(S)**

1.      Ford Motor Company

**PLAINTIFFS' ATTORNEY**

2.      Law Office of Mark A. Cantu

**DEFENDANT'S ATTORNEY**

3.      Brown McCarroll, L.L.P.

**2.**      Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N. V.
Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B. V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Company
Oy Ford Ab

Dated: March 10, 2004

                                        Respectfully submitted,

                                        **LAW OFFICE OF MARK A. CANTU**
                                        THE ATRIUM
                                        1300 N. 10th St., Suite 400
                                        McAllen, Texas  78501
                                        Tel:  956/687-8181
                                        Fax:  956/687-8868

_____
JUAN A. GONZALEZ
Texas State Bar No. 08129310
Federal Bar No. 3472
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the 10th day of March 2004.

William Moye
Brown McCarroll, LLP
1111 Bagby, 47th Floor
Houston, Texas 77002-2543
**Attorney for Ford Motor Company**

_____
Juan A. Gonzalez