| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| ELLENA PATRICIA ARIZPE, et al | § | |
| versus | § | CIVIL ACTION NO. B: 04-37 |
| FORD MOTOR COMPANY | § | |

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Resetting Conference

The initial pre-trial conference set for *May 17, 2004,* has been reset to:

### May 20, 2004 at 3:15 p.m.

Signed on _____May 7_____, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge