9

## Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ■ Nicolas | | ☐ Levesque | | |
| DATE | 5 | 20 | 04 | | |
| TIME | | a.m. | | | a.m. |
| | 3:13 | p.m. | | 3:19 | p.m. |
| CIVIL ACTION | B | 04 | 36;37; & 43 | | |
| STYLE | PEDRO MARTINEZ RODRIGUEZ, ET AL. *versus* FORD MOTOR COMPANY | | | | |



United States District Court
Southern District of Texas
FILED

MAY 20 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Conference;    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Ricardo ~~Martinez~~ Benavidez

Attorney(s) for Defendant(s):    William Moye

1. The Court called B-04-36; B-04-37; and B-04-43 together for purposes of the initial pretrial conference; however, the cases are not consolidated.

2. All three cases involve a single vehicle Ford Explorer roll-over in Mexico with Mexican nationals.

3. Judge Hanen and Magistrate Judge Black have similar cases.

4. The parties agree to a schedule for filing a forum non conveniens motion and doing discovery on that issue. The Court will enter an order in each case.