IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEDRO MARTINEZ RODRIGUEZ and CECILA SANCHEZ TORRES, Individually and as Representatives of the Estate of JUAN MARTINEZ TORRES, deceased; SYLVIA BARAJAS CENDEJAS, Individually and as Representative of the Estate of CARLOS ESQUIVEL MANZO, deceased; and as next Friend of YOANA ESQUIVEL, and MAYRA YULISSA ESQUIVEL; MANUEL HERNANDEZ ESQUIVEL, Individually; RODRIGO LUCATERO ESQUIVEL, Individually; MARCOS IBARRA VERA, Individually, <br>    Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br>    Defendant. | § | B-04-34 <br> CIVIL ACTION NO. ~~L-03-143~~ |
| ELLENA PATRICIA ARIZPE, Individually, and MONZERAT SUAREZ, Individually, <br>    Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br>    Defendant. | § | Consolidated with <br><br> CIV. NO. B-04-037 |
| ELENA TORRUCO REYES, on Behalf of HORACIO DIAZ TORRUCO; OLIVER HERRERA GOMEZ, Individually, <br>    Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br>    Defendant. | § | Consolidated with <br><br> CIV. NO. B-04-043 |

## STIPULATION

Pursuant to the Memorandum and Order signed November 23, 2004, by the Hon. Hilda G. Tagle, FORD MOTOR COMPANY hereby agrees to the following:

(1)  the Defendant agrees to appear and submit itself to the jurisdiction of the Mexican courts, waiving any jurisdictional defenses it might normally possess.

(2)  the Defendant waives any statute of limitations or laches-related defenses that it did not possess at the time the plaintiffs' originally filed in state court.

(3)  the Defendant agrees to submit to discovery in the Mexican forum per its procedural rules.

(4)  the Defendant agrees to make its witnesses and evidence available in the Mexican proceedings.

(5)  the Defendant agrees to allow the use of all discovery obtained thus far in the proceedings in the United States in the subsequent Mexican suit.

(6)  the Defendant agrees to satisfy any Mexican judgment, subject only to whatever appellate rights it may enjoy in that forum.

(7)  the Defendant agrees to the reassertion of jurisdiction by this court in the event that the defendant fails to satisfy any final judgment.

Dated: This **30TH** day of November, 2004.

AGREED:

By: _/s/ Evan N. Kramer_ *By Permission WRM*
Evan N. Kramer
SDTX No.: 12346
Texas Bar No.: 11704650

OF COUNSEL:

William R. Moye
SDTX No.: 34007
Texas Bar No.: 24027553
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation has been forwarded to the following counsel of record by U.S. Certified Mail, Return Receipt Requested on this the 30th day of September, 2004.

_____
Evan N. Kramer

Juan A. Gonzalez
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
Telephone: 956/687-8181
Facsimile: 956/687-8868

4